**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Katherine N. Brosnahan, | ) | No. CV 07-188-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Jon R. Pozgay, et al., | ) | |
| Defendants. | ) | |

Currently before the Court is Defendant Jon R. Pozgay's Motion to Dismiss Plaintiff's Complaint for Failure to Join Parties[1] under Rule 19 (Doc.10). In light of Plaintiff's Amended Complaint filed August 29, 2007, wherein she added Ms. Michele T. Brosnahan as a co-defendant, Mr. Pozgay's Motion to Dismiss is now moot.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Jon R. Pozgay's Motion to Dismiss (Doc. 10) is **DENIED as MOOT**.

DATED this 18th day of September, 2007.

Stephen M. McNamee
United States District Judge

---

[1] The party Mr. Pozgay sought to be joined was Ms. Michele T. Brosnahan.