**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Katherine N. Brosnahan, | ) | No. CV 07-188-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Jon R. Pozgay, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. No. 42]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice [Doc. 42]. This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

DATED this 2nd day of June, 2008.

Stephen M. McNamee
United States District Judge